United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 20, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ZACHRY HOLDINGS, INC., *et al.*[1] | Case No. 24-90377 (MI) |
| Debtors. | (Jointly Administered) |
| FLNG LIQUEFACTION, LLC;<br>FLNG LIQUEFACTION 2, LLC; and<br>FLNG LIQUEFACTION 3, LLC, | Adv. Pro. No. 24-03189 (MI) |
| Plaintiffs, | |
| v. | |
| ZACHRY INDUSTRIAL, INC.;<br>ZACHRY INDUSTRIES, INC.;<br>JVIC DEMERGER FABRICATION, INC.;<br>ZACHRY ENTERPRISE SOLUTIONS<br>DEMERGER, INC.; CB&I LLC n/k/a;<br>MCDERMOTT INTERNATIONAL<br>LTD.; CHIYODA INTERNATIONAL<br>CORPORATION; and PSRG, INC., | |
| Defendants. | |

---

[1] The last four digits of Zachry Holdings, Inc.'s tax identification number are 6814. A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at www.veritaglobal.net/ZHI. The location of the Debtors' service address in these chapter 11 cases is: P.O. Box 240130, San Antonio, Texas 78224.

| | |
|---|---|
| ALLIANZ GLOBAL RISKS US INSURANCE CO.; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. B0180ME2219036; GREAT LAKES INSURANCE SE; GUIDEONE NATIONAL INSURANCE COMPANY; and TOKIO MARINE AMERICA INSURANCE COMPANY, as subrogees of FLNG Policy Procurement LLC; FLNG Liquefaction, LLC; FLNG Liquefaction 2, LLC; and FLNG Liquefaction 3, LLC<br><br>          Plaintiffs,<br><br>v.<br><br>ZACHRY INDUSTRIAL, INC.; ZACHRY INDUSTRIES, INC.; JVIC DEMERGER FABRICATION, INC.; ZACHRY ENTERPRISE SOLUTIONS DEMERGER, INC.; CB&I LLC n/k/a; MCDERMOTT INTERNATIONAL LTD.; CHIYODA INTERNATIONAL CORPORATION; and PSRG, INC.,<br><br>          Defendants. | Adv. Pro. No. 24-03190 (MI) |

**ORDER ON (I) MOTIONS TO DISMISS
THE SUBROGATION ACTIONS AND (II) RELATED CLAIM OBJECTION**

For the reasons stated on the record at the hearing held before this Court on November 18, 2024, **IT IS HEREBY ORDERED THAT**:

    1.    All claims asserted in the adversary proceeding number 24-03189 and the adversary proceeding number 24-03190 are dismissed.

2. Proofs of Claim numbers 1562, 1564, and 1579 are disallowed.

3. This single order concerns the two adversary proceedings and the main case. The Court recommends that any appellate court consolidate these matters for appeal.

4. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

5. This Court retains jurisdiction with respect to all matters arising from or related to the enforcement of this Order.

Signed: November 20, 2024

_____
Marvin Isgur
United States Bankruptcy Judge